ORIGINAL

FILED
JUL 1 1 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

STOBIE CREEK INVESTMENTS LLC, by and through JFW INVESTMENTS, LLC., Tax Matters and Notice Partner,

Plaintiff

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 07-520 T

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2 of the Federal Rules of Civil Procedure, the Plaintiff, by its undersigned counsel, hereby file this Notice to inform the Court and parties of a Related Case, *Stobie Creek Investments, LLC, JFW Enterprises, Inc., Tax Matters and Notice Partner v. United States of America*, Case Number 05-748T (the "December 2000" case.

1. The December 2000 case was filed to contest certain tax adjustments that the Internal Revenue Service (the "Service") proposed to the May 1, 2000 through December 31, 2000 tax return filed by Stobie Creek Investments, LLC ("Stobie Creek"). The Service proposed these adjustments in a Final Partnership Administrative Adjustment dated March 9, 2005.

2. This case is filed to contest certain tax adjustments that the Internal Revenue Service (the "Service") proposed to the March 3, 2000 through April 30, 2000 tax return filed by Stobie Creek Investments, LLC ("Stobie Creek"). The Service proposed these adjustments in a Final Partnership Administrative Adjustment dated February 23, 2007.

3. The underlying transactions and the reasons provided by the Service for making its tax adjustments, appear to be similar in both cases.

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that she caused a copy of Plaintiff's Notice of Related Case to be served upon:

Stuart D. Gibson, Esq.
Cory A. Johnson, Esq.
Trial Attorney
Tax Division
U. S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

placing a copy of same in an envelope with first-class postage fully prepaid and depositing same before the hour of 5:00 p.m. this 10th day of July, 2007.

Colleen M. Feeney

CHI\5084771.1

4. Further, both cases involve many of the same parties and involve common questions of fact and of law.

5. Assignment to a single judge and consolidation would conserve judicial resources and promote an efficient determination of the actions.

Dated: July 10, 2007

Respectfully Submitted

Robert E. Kolek

Robert E. Kolek
Thomas R. Wechter
John A. Bannon
Colleen M. Feeney
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Phone: 312-258-5500
Fax: 312-258-5600