**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STOBIE CREEK INVESTMENTS, LLC, | ) | |
| JFW INVESTMENTS, LLC, | ) | |
| Tax Matters and Notice Partner | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-520 T |
| | ) | The Honorable Christine O.C. Miller |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Stuart D. Gibson, Esquire
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D. C. 20044

August 31, 2007

s/Stuart D. Gibson
Stuart D. Gibson
U.S. Department of Justice
Tax Division
Office of Civil Litigation
(202) 307-6586
(202) 307-2504 (Fax)
Stuart.D.Gibson@usdoj.gov